

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Ishamel Mitchell v. The State of Texas

Appellate case number:      01-16-00381-CR
                            01-16-00382-CR

Trial court case number:    1461724
                            1461725

Trial court:                232nd District Court of Harris County, Texas

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed, in each appeal, a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). Appellant also requests an extension of time to file his pro se response to counsel's *Anders* brief. We **grant** the motion.

We **order** the trial court clerk, no later than 10 days from the date of this order, to provide—in each case—a copy of the record, including the clerk's records, the reporter's records, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the records to the appellant is made.

**Appellant's response to his appointed counsel's brief shall be filed within 45 days of the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☒ Acting individually

Date: November 1, 2016